481 F.Supp.2d 1350

AMERICAN SIGNATURE, INC., v. Plaintiff, UNITED STATES, Defendant, AMERICAN FURNITURE MFRS. COMM. FOR LEGAL TRADE Defendant-Intervenors.

Court No. 06–0252

## ORDER

POGUE, Judge: Upon consideration of Plaintiff's Motion for an Order to Show Cause and Partial Consent Motion for Injunction Pending Appeal, Plaintiff's Notice of Appeal and all other pertinent papers, and after due deliberation, it is hereby

ORDERED that the Preliminary Injunction dated August 7, 2006 is restored.

483 F.Supp.2d 1273

FAIRMONT DESIGNS, INC., DONGGUAN SUNRISE FURNITURE CO., TAICANG SUNRISE WOOD INDUSTRY CO., LTD. and SHANGHAI SUNRISE FURNITURE CO., LTD. Plaintiffs, v. UNITED STATES, Defendant, AMERICAN FURNITURE MFRS. COMM. FOR LEGAL TRADE Defendant- Intervenors.

Court No. 06–00249

## AMENDED JUDGMENT

POGUE, Judge: Upon consideration of Plaintiffs' Motion for Reconsideration, and all other pertinent papers, and after due deliberation, it is hereby

ORDERED that Plaintiffs' Motion for Reconsideration is granted only insofar as reflected in this amended judgment; it is otherwise denied in all respects; and it is further

ORDERED that Defendant's Motion to Dismiss is granted; and it is further

ORDERED that this action is dismissed; and it is further

ORDERED that the preliminary injunction is to be dissolved in accordance with its terms.